1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL IN PARIS, *et al.* | Civil Case No. 19-cv-02471-KJM-CKD |
| Plaintiffs, | |
| v. | |
| XAVIER BECERRA, *et al.* | |
| Defendants. | |
| LOUISIANA WILDLIFE AND FISHERIES COMMISSION, *et al.* | Civil Case No. 19-cv-02488-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| XAVIER BECERRA, *et al.* | |
| Defendants. | |

The court has reviewed plaintiffs' Ex Parte Application for Extension of Briefing Schedule, which notes defendants' stipulation in support of the application.  ECF No. 54.  The court also has reviewed the defendant-intervenors' opposition to the application.  ECF No. 55.  Good cause appearing, the court **grants** the requested extension of the briefing schedule.

The briefing schedule is amended as follows:

1. Plaintiffs' deadline to file Motion for Summary Judgment is extended from February 1, 2021 to April 30, 2021;

2. Defendants' deadline to file Cross Summary Judgment Motions and Oppositions to Plaintiffs' Motions for Summary Judgment is extended from March 1, 2021 to June 1, 2021;

3. Plaintiffs' deadline to file Replies in Support of their Motions for Summary Judgment is extended from March 31, 2021 to July 1, 2021; and

4. Defendants' deadline to file Replies in Support of their Motions for Summary Judgment is extended from April 30, 2021 to July 30, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 54.

DATED: February 3, 2021.

CHIEF UNITED STATES DISTRICT JUDGE