UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| APRIL IN PARIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>Defendants. | No. 2:19-cv-02471-KJM-CKD<br><br>**ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO SUSPEND BRIEFING SCHEDULE** |
| LOUISIANA WILDLIFE AND FISHERIES COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>Defendants. | No. 2:19-cv-02488-KJM-CKD |

Upon consideration of Plaintiffs' Ex Parte Application to Suspend Briefing Schedule, this Court hereby GRANTS the application. The briefing schedule is extended as follows:

- October 29, 2021: Motions for Summary Judgment
- November 30: Cross Motions for Summary Judgment and Oppositions
- December 30, 2021: Plaintiffs' Replies in support of their Motions for Summary Judgment
- January 31, 2022: Defendants' Replies in support of their Motions for Summary Judgment

The parties will notify the Court if the United States Fish and Wildlife Service issues updated regulations before October 1, 2021 so that the Court may update this schedule accordingly.

Dated: April 13, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

1