ROB BONTA, State Bar No. 202668
Attorney General of California
EVAN EICKMEYER, State Bar No. 166652
Supervising Deputy Attorney General
GWYNNE B. HUNTER, State Bar No. 293241
NATALIE E. COLLINS, State Bar No. 338348
Deputy Attorneys General
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7814
  Fax: (916) 327-2319
  E-mail: Natalie.Collins@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOOT BARN, INC., a Delaware Corporation, and DAN POST BOOT COMPANY, a Tennessee Company,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General for the State of California,**<br><br>Defendant. | 2:22-cv-02105-WBS-DB<br><br>**DEFENDANT'S NOTICE OF RELATED CASES**<br><br>Judge:  Honorable William B. Shubb<br>Action Filed: November 22, 2022 |

Pursuant to Eastern District Local Rule 123(b), Defendant Rob Bonta, Attorney General of California, gives notice that the following cases are "possibly related" actions:

(1) *April in Paris, et al. v. Becerra, et al.*, No. 2:19-cv-02471-KJM-CKD

(2) *Delacroix, et al. v. Becerra, et al.*, No. 2:19-cv-02488-KJM-CKD

(3) *Los Altos Boots, et al. v. Bonta, et al.*, No. 2:21-cv-01652-KJM-CKD

All four actions challenge the constitutionality and validity of California Penal Code sections 653(o) and 653(r) in relation to certain species of alligators and crocodiles (*April in Paris*), caimans (*Los Altos Boots*), American alligators (*Delacroix*), and certain species of lizards

(this action). Plaintiffs in all four actions claim, among other things, that these statutes are unconstitutional under the Supremacy Clause of the United States Constitution in violation of 42 U.S.C. § 1983.

On December 17, 2019, the Court ordered that the *Delacroix* and *April in Paris* cases were related. (12/17/2019, Related Case Order, *Delacroix* [Dkt. 10]; 12/17/2019, Related Case Order, *April in Paris* [Dkt. 22]). On September 13, 2021, Plaintiffs in *Los Altos Boots* filed a Notice of Related Cases with their Complaint, indicating that the matter was related to *Delacroix* and *April in Paris*. (9/13/2021, Notice of Related Cases, *Los Altos Boots* [Dkt. 4]). *April in Paris*, *Delacroix*, and *Los Altos Boots* are all assigned to District Judge Kimberly J. Mueller and Magistrate Judge Carolyn K. Delaney.

Because these four cases raise extremely similar questions of fact and law, there could be substantial duplication of labor if they are heard by different judges.

Pursuant to Local Rule 123(b), this Notice is being filed in each action identified above.

Dated:  December 28, 2022                           Respectfully submitted,

                                                       ROB BONTA
                                                      Attorney General of California
                                                      EVAN EICKMEYER
                                                      Supervising Deputy Attorney General


                                                      /s/ Natalie Collins
                                                      NATALIE E. COLLINS
                                                      Deputy Attorney General
                                                      *Attorneys for Defendant Rob Bonta,*
                                                      *Attorney General of California*

# CERTIFICATE OF SERVICE

Case Name: **Delacroix Corp., Louisiana Wildlife & Fisheries Comm et al v. Becerra**     No.  **2:19-cv-02488-KJM-CKD**

I hereby certify that on December 30, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF RELATED CASES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 30, 2022, at Sacramento, California.

| Amber Gray | */s/ Amber Gray* |
|---|---|
| Declarant | Signature |

SA2020100393
36818510.docx